IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), *et al.*, | Case No.   3:22cv367 |
| Plaintiffs, | JUDGE WALTER H. RICE |
| vs. | Magistrate Judge Caroline H. Gentry |
| DAP GLOBAL, INC., | |
| Defendant. | |

ORDER GRANTING UNOPPOSED MOTION TO STAY
PROCEEDINGS AND EXTEND DEADLINES

This matter is before the Court for consideration of Defendant DAP Global Inc.'s Unopposed Motion to Stay Proceedings and Extend Deadlines. For good cause, the Motion is GRANTED. The proceedings, including, *inter alia*, all dates and deadlines set forth in this Court's Preliminary Pretrial Conference Order of February 22, 2023, Doc. #8, are STAYED, pending the final disposition of *DAP Global, Inc.*, 09-UC-304153, by the National Labor Relations Board.

IT IS SO ORDERED.

May 10, 2023

WALTER H. RICE
UNITED STATES DISTRICT JUDGE